IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PATSY PRELOGAR,                              )
                                             )
                                  Plaintiff, )
                                             )
v.                                           )      Case No.  13-cv-2076 EFM/DJW
                                             )
UNITED STATES OF AMERICA,                    )
        Serve: Barry R. Grissom             )
              United States Attorney         )
               for the District of Kansas    )
              500 State Avenue, #360          )
              Kansas City, KS 66101           )
                                             )
                                 Defendant.  )

## COMPLAINT

For her Complaint against Defendant United States of America ("USA"), Plaintiff Patsy

Prelogar ("Prelogar") , hereby states and alleges as follows:

### Introduction

1.      This is a lawsuit arising under federal law for wrongful levy/seizure of property under

26 U.S.C. §§ 7426 *et seq.*

2.      This lawsuit stems from the seizure of property of Plaintiff Prelogar for the payment

of taxes of another individual.

### Parties

3.      Plaintiff Prelogar is an individual residing at 8012 High Drive, Leawood, Kansas

66206.

4.      Defendant USA, pursuant to Rule 4(i)(1) of the Federal Rules of Civil Procedure may

be served by delivering a copy of the Complaint to Barry R. Grissom, United States Attorney for the

1

District of Kansas, 500 State Avenue, Suite 360, Kansas City, Kansas 66101, and by sending a copy

of the Complaint and Summons by registered or certified mail to the Attorney General of the United

States at Washington, D.C.

### Jurisdiction and Venue

5.      This Court has jurisdiction over this action under 28 U.S.C. § 1341 *et seq.*

6.      Venue is proper in this Court under 28 U.S.C. § 1391 *et seq.*

### Factual Allegations

### Background

7.      On or about November 18, 2008, Prelogar and Winntech Digital Systems, Inc. (the

"Taxpayer") purchased a 2009 BMW X5, VIN: 5UXF#83589L168870 (the "automobile"), from

Baron BMW in Merriam, Kansas.

8.      The Purchase Agreement and the Motor Vehicle Retail Installment Contract, marked

as Exhibit A and Exhibit B respectively, and incorporated by reference herein, reflect that the

automobile was purchased by Prelogar and the Taxpayer.

9.      Baron BMW clerically erred in transmitting title information to the Kansas Division

of Motor Vehicles.

10.     Unknown to Prelogar, the title was issued to the Taxpayer in care of Prelogar.

Prelogar was unaware of the error since the title was retained by the lender.

11.     USA seized the automobile on or about November of 2011, for payment of

Taxpayer's tax obligations.

12.     Upon discovery of the nature of the issued title, Prelogar examined the purchase documents with Baron BMW.  The clerical error was discussed, and Baron BMW acknowledged its clerical error.

13.     Baron BMW advised the Kansas Division of Motor Vehicles and the title to the automobile was reissued showing co-ownership of Prelogar and Taxpayer.

14.     Prelogar has made at least one-half of the monthly payments on the automobile loan.

15.     The Revenue officer involved in the seizure and levy has been advised orally and in writing of Prelogar's ownership interest in the automobile, but refuses to acknowledge such ownership and to stop the pending sale of the automobile by auction.

### Count I - Injunction

16.     Plaintiff Prelogar hereby incorporates by reference each of the preceding paragraphs as though fully set forth herein.

17.     The forced sale of the automobile will cause irreparable harm to Prelogar.

### Count II - Recovery of Property

18.     Plaintiff Prelogar hereby incorporates by reference each of the preceding paragraphs as though fully set forth herein.

19.     Prelogar's ownership interest in the automobile has been wrongfully seized.

### Count III - Recovery of Damages

20.     Plaintiff Prelogar hereby incorporates by reference each of the preceding paragraphs as though fully set forth herein.

21.     The actions of the Internal Revenue Service are reckless, intentional or by reason of negligence.

22.    Prelogar has been prohibited from use of her automobile, incurred cost to provide transportation, has incurred attorney's fees to defend her interest in said automobile.

## DESIGNATION OF PLACE OF TRIAL

23.    Plaintiff hereby designates Kansas City, Kansas, as the place of trial of this case.

WHEREFORE, Plaintiff Patsy Prelogar respectfully requests the Court to (a) order the return of the automobile; (b) grant a judgment for the amount of $25,000.00 in and for Plaintiff's interest in the automobile; (c) if the property has been sold, the amount of money representing her interest, or the fair market value of her interest; (d) grant Plaintiff's damages in a sum not less than $25,000.00; and (d) such other and further relief, including interest, costs, disbursements and attorney's fees incurred in this action, as permitted by law.

Respectfully submitted,

MCQUAIN, DEHARDT & ROSENBLOOM, P.C.

Robert R. McQuain KS #06944
4505 Madison Avenue
Kansas City, Missouri 64111
Telephone:  (816) 531-0509
Fax:  (816) 751-0520
E-mail:  mcquain@mdrlaw.com
ATTORNEYS FOR PLAINTIFF

4