# PURCHASE AGREEMENT



**Baron BMW / Baron Mini**
9010 Shawnee Mission Pkwy
Merriam, KS 66202

Dealer & Stock # 68036   9L168870   Date 11/18/2008
Purchaser: WINNTECH DIGITAL SYSTEMS PATSY PRELOGAR
Address: 10771 LARSEN LN    Telephone: Home (913) 400-2050
City: OVERLAND P   State: KS   Zip Code: 66210   Telephone: Work _____
Cell Phone: _____   E-mail: PATSY@WINNTECH.COM

Purchaser agrees to purchase from Dealer the following described vehicle subject to all terms and conditions set forth on the face and reverse side of this Purchase Agreement.

Salesman: GRISWOLD, GREG
☐ New Truck ☐ Used Truck ☐ New Demo Truck
☐ New Car ☐ Used Car ☐ New Demo Car
Date of Delivery: 11/18/08   Time: ___ :___ .M.
Miles: 5

## VEHICLE PURCHASED DESCRIPTION

| YEAR | MFG. NAME | MODEL | BODY TYPE | COLOR | UPHOLSTERY |
|---|---|---|---|---|---|
| 2009 | BMW | X5 4.8 | | JET BLAC | |

VEHICLE IDENTIFICATION NO.: 5UXFA93518LN68876
LICENSE NUMBER & STATE: _____

ENGINE TYPE: ☐ 4 CYL ☐ 6 CYL ☒ 8 CYL
TRANSMISSION: ☐ 4 STD ☐ 5 SPD ☒ AUTO
AIR CONDITIONER: ☒ FACTORY ☐ OTHER
RADIO: ☐ AM/FM CASSETTE ☒ AM/FM ☒ CD

ACCESSORIES TO BE INSTALLED BY DEALER OR VENDOR:
_____ $ N/A        _____ $ N/A
ROAD HAZARD $ 965.00   ITCH AND MATS $ 1297.06
_____ $ N/A        _____ $ N/A

Dealer has ___ /has not ___ performed a title search for the vehicle for purposes of determining the accuracy of the mileage shown on the odometer or for any other purpose.

Dealer discloses that the vehicle I am purchasing was (applicable item marked): ___ used as a driver training vehicle; ___ used as a leased or rented motor vehicle; ___ was a factory buy-back motor vehicle or returned under K.S.A. 50-645 (Kansas Lemon Law); and/or ___ has been used as a company demonstrator.

PURCHASER IS RESPONSIBLE FOR ALL COSTS FOR THE TAG & TITLE REGISTRATION ON VEHICLE PURCHASED.
PURCHASER: X _____   DEALER: X _____

### TRADE-IN VEHICLE:

| YEAR | MFG. NAME | MODEL | BODY TYPE | COLOR | UPHOLSTERY |
|---|---|---|---|---|---|
| 2007 | BMW | X5 4.4 | | | |

VEHICLE IDENTIFICATION NO.: 4USFD93587LY66666
LICENSE NUMBER & STATE: _____   MILEAGE: 26141
LIEN IN FAVOR OF: BMW BANK OF NA   AMOUNT OF PAYOFF: $ 44960.28   GOOD THROUGH: ____   PAYOFF CONFIRMED BY: ____
TELEPHONE: _____   ADDRESS: _____

## PURCHASE PRICE DISCLOSURE

| | |
|---|---|
| CASH PRICE | $ 80220.00 |
| ACC. PURCHASED | + $ 2262.06 |
| TOTAL SELLING PRICE | $ 82482.06 |
| TRADE IN ALLOWANCE | − $ 39800.00 |
| DISCOUNT | − $ 19277.00 |
| TRADE DIFFERENCE OR SALE PRICE | $ 23405.06 |
| ADMINISTRATIVE FEE* | + $ 297.00 |
| PAYOFF ON TRADE IN | + $ 44960.28 |
| FACTORY REBATES | − $ N/A |
| CUSTOMER CASH OR CHECK DOWN | − $ N/A |
| EXTENDED SERVICE CONTRACT | + $ N/A |
| OTHER | $ N/A |
| SALES TAX | + $ 1813.21 |
| LIC/REG/TITLE | 2.50 |
| **TOTAL PURCHASE PRICE** | **$ 70478.05** |

BECKNER, MIKE
MANAGER APPROVAL _____
DEALER REPRESENTATIVE

This Agreement does not bind the Dealer until approved by a Representative of the Dealer.

PURCHASER X _____
CO-PURCHASER X _____

I, Purchaser, agree as a part of this sale to pay to dealership any amount owed on Trade-In Vehicle to any third party, if different from amount shown as Trade-In Payoff on purchase of vehicle. I further certify that the vehicle identified as the Trade-In Vehicle is listed in my name, and is free and clear of all other liens and encumbrances other than what is shown above. I understand that if the title is not in my name, that it is my obligation to provide Dealer with a title. I further warrant that the title to said Trade-In is not a rebuilt, salvage, theft, recovery or reconditioned title. I have signed or agreed to sign a Kansas secure power of attorney appointment for Dealer to act as my attorney-in-fact to sign my name on any document necessary to place title to the above-described trade-in vehicle in Dealer's name.

### DISPUTE RESOLUTION CLAUSE

This Dispute Resolution Clause applies to any controversy, claim or dispute between the Purchaser and the Dealer arising out of, or related to this sale or transaction, including, but not limited to any and all issues or disputes arising as a result of this sale or transaction, whether said issues arise prior to, during or subsequent to the sale or attempted sale of a vehicle and whether said sale or attempted sale is a cash sale or is based upon financing or extended credit, or arises as a result of any financing contract, agreement or sales document related to the sale or attempted sale of a vehicle. The Purchaser and Dealer agree that all matters addressed within this Clause shall be submitted to binding arbitration, with the National Arbitration Forum, pursuant to the Federal Arbitration Act, Title 9 U.S.C. § 1, et seq. The parties agree and understand that all disputes arising under case law, statutory law, and all other laws, including but not limited to, all contract, tort and property disputes, including any claim regarding the use, misuse, and/or disclosure of any information or documentation, including, but not limited to, personal or financial information obtained by the Dealer from the Purchaser, or about the Purchaser, which may arise from the sale relationship or otherwise during the sale or at any time in the future will be subject to binding arbitration in accord with this Contract. The parties specifically exclude from this Dispute Resolution Clause all claims or disputes subject to the Small Claims Procedures Act of the State of Kansas, but only to the extent that the claim does not exceed small claims court jurisdiction. A claim exceeding small claims jurisdiction or appealed from small claims court shall be subject to arbitration under this paragraph. The parties agree that the Arbitrator shall have authority provided for by the law and contract, including but not limited to authority to grant an award or order for money damages, consequential damages, exemplary damages, declaratory relief, or injunctive relief. Arbitration shall be conducted in compliance with the Rules of the National Arbitration Forum and in conformity with the Federal Rules of Civil Procedure. Any evidence submitted shall be in conformity with the Federal Rules of Evidence. The Arbitrator's award(s) will be entered as a judgement in a court having jurisdiction over the parties. Both the Purchaser and Dealer acknowledge and understand that they are waiving their right to a jury trial by entering into this agreement. It is agreed that the party filing the arbitration claim shall be responsible for the filing fee. The Arbitrator's fee shall be equally divided between the parties. The prevailing party shall be entitled to attorney's fees and costs as allowed by Kansas and/or Federal statutes. Dealer and Purchaser agree that if Dealer must hire legal counsel to enforce or defend Dealer's legal rights under this Dispute Resolution Clause, Purchaser will pay to Dealer its attorneys fees and costs incurred by Dealer in Dealer's successful defense of Dealer's rights hereunder.

PURCHASER: X _____   DEALER: X _____

### SECURITY AGREEMENT

Purchaser grants to Dealer a security interest in the vehicle described herein to secure the payment of the purchase price or any down payment owed to Dealer and any retail installment sales contract executed herewith to secure: (1) all other liabilities owed to Dealer (primary, secondary, direct or indirect, absolute or contingent, sole, joint or several) due or to become due or which may be hereafter contracted by or Purchaser; (2) the performance of all agreements, covenants and warrants of Purchaser to Dealer; (3) all personal property installed in or affixed to such vehicle, including additions and accessories; and (4) proceeds, including insurance proceeds payable by reason of damage to or loss of vehicle and (5) any trade-in vehicle described above. NOTICE TO PURCHASER: Do not sign this Agreement before you read it or if it contains any blank spaces. You are entitled to an exact copy of the Agreement you sign. Purchaser by his/her signature ACKNOWLEDGES that he/she has read and received a complete copy of the Agreement and that there are no other agreements between the parties oral or in writing. If not set forth herein. That, if financing is arranged through Dealer, this Purchase is subject to Purchaser's satisfactory credit rating and the acceptance and funding of this Purchase Agreement and/or any Retail Installment Sales Contract executed herewith by a qualified lender or other financial institution. PURCHASER certifies that he/she is of legal age or older and no credit has been extended except as appears above.

PURCHASER X _____

© COPYRIGHT 2006, DEALERS RESOURCES, INC.    ADMINISTRATIVE FEE - _____
The contents of this document shall not be duplicated without the express written consent of Dealers Resources, Inc.
DRI 2005 BMW KS

**EXHIBIT A**

Revised 6/06
**DEALER ORIGINAL**