EXHIBIT B



# BMW Financial Services
## Motor Vehicle Retail Installment Contract - Kansas

### 1. PARTIES

**BUYER(S) Name:** WINNTECH DIGITAL SYSTEMS / PATSY PRELOGAR
**Address (include County and Zip Code):** 10771 LARSEN LN, OVERLAND PARK, KS 66210, JOHNSON
**Billing Address (if different):**

**SELLER Name/Address:** BARON BMW, 9010 SHAWNEE MISSION PKWY, MERRIAM, KS 66202

**DATE OF CONTRACT** 11/18/2008

This Motor Vehicle Retail Installment Contract ("Contract") is entered into between the buyer(s) ("Buyer") and the seller ("Seller") named above. Unless otherwise specified, "I", "me" and "my" refer to the Buyer and "you" and "your" refer to the Seller or Seller's assignee. "Vehicle" refers to the vehicle described below. I promise to pay Seller the Total of Payments in accordance with the Payment Schedule shown below. I acknowledge that I am purchasing the Vehicle from Seller on an installment basis and accept the Vehicle in its present condition, including all its equipment, parts and accessories.

### 2. VEHICLE

| New/Used | Year | Make | Model | Vehicle Identification Number | Odometer Reading | Use |
|---|---|---|---|---|---|---|
| ☒ New ☐ Used | 2009 | BMW | X5 4.8 | 5UXFE83589L168870 | 5 | ☒ Personal Use ☐ Business Use |

☐ Telephone ☐ CD Player ☐ ______ (specify) ☐ ______ (specify) ☐ ______ (specify)

### 3. CREDIT DISCLOSURES

e=estimate

| ANNUAL PERCENTAGE RATE The cost of my credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost me. | Amount Financed The amount of credit provided to me or on my behalf. | Total of Payments The amount I will have paid after I have made all payments as scheduled. | Total Sale Price The total cost of my purchase on credit, including my downpayment of $ 0.00. |
|---|---|---|---|---|
| 0.90 % | $ 1328.99 e | $ 70478.05 | $ 71807.04 e | $ 71807.04 e |

### 4. PAYMENT SCHEDULE

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 48 | 1495.98 | Monthly, beginning 01/02/2009 |
| 1 Balloon Payment (if applicable) | N/A | |

**SECURITY.** I am giving a security interest in the Vehicle.
**LATE CHARGE.** If all or any portion of a payment is more than 10 days late, I will be charged $25 or 5% of the unpaid amount of that payment, whichever is less.
**PREPAYMENT.** If I pay off this Contract early, I will not have to pay a penalty.
Please read this Contract, including the reverse side, for additional information on security interests, nonpayment, default, and the right to require repayment in full before the scheduled maturity date.

### 5. ITEMIZATION OF AMOUNT FINANCED

**A. CASH PRICE**
(1) Cash Price of Vehicle and Accessories $ 62240.06
(2) Sales Tax + 1813.21
(3) Other (Describe) N/A + N/A
(4) Other (Describe) ADMINISTRATIVE FEE + 297.00
(5) Other (Describe) N/A + N/A
(6) Total Cash Price = 64350.27

**B. DOWN PAYMENT**
(1) Net Value of Trade-In (Gross Allowance $39800.00 Payoff $44960.28) (Year 2007 Make BMW Model X5 4.4) $ 0.00
(2) Cash Down Payment + N/A
(3) Manufacturer's Rebate Assigned to Seller + N/A
(4) Other (Describe) + N/A
(5) Total Down Payment = 0.00

**C. UNPAID BALANCE OF CASH PRICE** (A(6) minus B(5)) $ 64350.27

*Seller and/or Seller's affiliates may retain or receive a portion of these amounts.

**D. AMOUNTS PAID TO OTHERS ON MY BEHALF**
(1) To Public Officials:
(a) License, Title, and Registration Fees $ 2.50
(b) Other Official Fees (Describe) + N/A
(2) To Insurance Companies For:
(a) Credit Life/Disability Insurance + N/A*
(b) Other Insurance (Describe) + N/A*
(3) Other Charges:
(a) To N/A For Service Contract + N/A*
(b) To JMA For RD.HAZARD + 965.00*
(c) To BMW BANK OF For NEG TRD EQU + 5160.28*
(d) To N/A For N/A + N/A*
(e) To For + N/A*
(f) To N/A For N/A + N/A*
(g) To N/A For N/A + N/A*
(h) To N/A For N/A + N/A*
(4) Total Amounts Paid to Others on My Behalf = 6127.78

**E. AMOUNT FINANCED** (C plus D(4)) $ 70478.05

THE SELLER MAY ASSIGN THIS CONTRACT AND RECEIVE A FEE OR OTHER CONSIDERATION FOR FACILITATING YOUR FINANCING.

## 6. SERVICE CONTRACT

**A service contract is not required to obtain credit and will not be provided unless I sign and agree to pay the cost.** The service contract issued by the Provider will describe the terms and conditions in further detail. By signing below, I agree to purchase the service contract for the term and cost indicated.

Provider: N/A Cost: $ N/A Term: N/A months or N/A miles, whichever occurs first.

X Buyer's Signature

X Buyer's Signature

## 7. CREDIT INSURANCE

**Credit life or credit disability insurance is not required to obtain credit and will not be provided unless I sign and agree to pay the premium.** The policies or certificates issued by the insurer will describe the terms and conditions in further detail. By signing below, I agree to pay for the following insurance for the terms and premiums indicated.

☐ I want Credit Life Insurance (One Buyer only) Term N/A mos. Premium $ N/A Insured Name: N/A

☐ I want Joint Credit Life Insurance Term N/A mos. Premium $ N/A Insured Name: N/A

Insured Name: N/A

☐ I want Credit Disability Insurance (One Buyer only) Term N/A mos. Premium $ N/A Insured Name: N/A

Name of Insurer(s): N/A

X Buyer's Signature

X Buyer's Signature

## 8. OPTIONAL GAP CONTRACT ("GAP")

**GAP is not required to obtain credit and I may purchase it from anyone I want who is reasonably acceptable to the Seller.** I may purchase GAP under this contract by signing below and agreeing to pay the purchase price, shown in Section 5.D above. See my GAP contract for details on the protection it provides.

Term N/A mos. Name of GAP Contract: N/A

X Buyer's Signature

X Buyer's Signature

## 9. INSURANCE VERIFICATION

I agree to maintain the insurance coverage described in Section 14. I affirm that such insurance is in force on the date of this Contract. I authorize Seller and its assignees to speak to my insurance agent or company, and any future insurance agents or companies, about my coverage for the Vehicle.

AMERICAN STANDARD 0822-9526-06-94

Insurance Company SPXPolicy No. Coverage Verified (Center Employee's Initials)

MIKE FAETH 8164366603

Agent Name Address Phone No.

All matters regarding insurance should be sent to: BMW FS Insurance Center, P.O. Box 390902, Minneapolis, MN 55439-0902 or faxed to (952) 833-9414.

## 10. BUYER NOTICES AND SIGNATURES

**IMPORTANT: READ THE ADDITIONAL TERMS ON REVERSE SIDE BEFORE SIGNING BELOW.**

**NOTICE TO BUYER: 1. Do not sign this agreement before you read it. 2. You are entitled to a copy of this agreement. 3. You may prepay the unpaid balance at any time without penalty.**

**I ACKNOWLEDGE RECEIPT OF A COMPLETELY FILLED-IN COPY OF THIS CONTRACT AT THE TIME OF SIGNING.**

Buyer's Signature: X [signature]

Buyer's Signature: X [signature]

## 11. SELLER SIGNATURE

The authorized signature of the Seller has the effect of: (1) acknowledging that no representations or warranties beyond those presented in this Contract have been made; (2) confirming that no written or oral representations have been made by the Buyer that can be used as a defense to this Contract; (3) accepting the terms and conditions of this Contract; (4) acknowledging verification of the existence of the insurance coverage required by this Contract with the Buyer's insurance agent; (5) assigning this Contract to BMW Bank of North America, a wholly owned subsidiary of BMW Financial Services NA, LLC (collectively, "Assignee"), 5550 Britton Parkway, Hilliard, Ohio 43026; and (6) acknowledging that the Center Agreement in place with Assignee governs this transaction. Seller shall not be an agent of Assignee for any purpose.

Authorized Signature: X [signature] Title: [illegible]