UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| PATSY PRELOGAR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 13-cv-2076 EFM/DJW |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) ) |

## DECLARATION OF REVENUE OFFICER AARON HOWARD

I, Aaron Howard, declare as follows:

1. I am employed as a duly-commissioned Revenue Officer by the Internal Revenue Service in its Small Business/Self-Employed Division, with my post of duty in Independence, Missouri.

2. As part of my duties, I am assigned to assist in efforts to collect the unpaid tax liabilities owed by Winntech Digital Systems, Inc. ("Winntech"). Winntech's tax liabilities exceed $1.6 million. On October 31, 2012, I conducted a seizure by levy of a 2008 BMW X5 sports utility vehicle titled to Winntech that is the subject of the above-captioned lawsuit.

3. The IRS seized the vehicle only after Winntech had failed to adhere to an installment agreement to repay its back taxes, and after the IRS's efforts to collect those taxes through the issuance of multiple administrative levies to Winntech accounts receivable and banks had failed. The IRS had identified the automobile as the only known remaining corporate asset available for levy.

4. I have checked with the IRS Advisory Group Manager and the IRS Appeals Office for Kansas and Missouri, respectively, and neither has any record of an administrative wrongful levy claim having been filed with the IRS by the Plaintiff or on her behalf. Also, no administrative

wrongful levy claim or collection appeal request pertaining to the seizure action has been filed through my office in Independence, Missouri.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 30, 2013

Aaron Howard, Revenue Officer