IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PATSY PRELOGAR, )
)
Plaintiff, )
)
v. )  Case No. 13-cv-2076 EFM/DJW
)
UNITED STATES OF AMERICA, )
)
Defendant. )
)

### AFFIDAVIT OF PATSY PRELOGAR

STATE OF Missouri )
) ss:
COUNTY OF Jackson )

I, Patsy Prelogar, state as follows:

1.     On October 31, 2012, the Internal Revenue Service seized a 2009 BMW while I was taking my children to school.

2.     At the time of the seizure, I told the Internal Revenue Service agents that I had an ownership interest in the automobile.

3.     Thereafter, my attorneys provided records to the Internal Revenue Service agent detailing my ownership.

4.     The Internal Revenue Service never provided to me any notice of my appeal rights and never sent me any correspondence or records from and after the seizure.

FURTHER AFFIANT SAITH NOT.

_____
PATSY PRELOGAR

Subscribed and sworn to before me this _20th_ day of August, 2013.

_Melea Smith_
Notary Public

My Commission Expires:

_JULY 30, 2016_

```
MELEA SMITH
Notary Public - Notary Seal
STATE OF MISSOURI
Clay County
My Commission Expires: July 30, 2016
Commission #12448382
```