UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| PATSY PRELOGAR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 13-cv-2076 EFM/TJJ ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of the above-captioned matter with prejudice. Each party agrees to bear its own costs and attorney's fees.

Respectfully submitted,

**McQuain, DeHardt & Rosenbloom, P.C.**

| | |
|---|---|
| /s/ Robert R. McQuain | /s/ Martin M. Shoemaker |
| ROBERT R. MCQUAIN KS # 06944 | MARTIN M. SHOEMAKER |
| 4505 Madison Avenue | U.S. Department of Justice, Tax Division |
| Kansas City, Missouri 64111 | P.O. Box 7238 |
| Telephone: (816) 531-0509 | Washington, D.C. 20044 |
| Facsimile: (816) 751-0520 | Telephone: (202) 514-6491 |
| E-mail: mcquain@mdrlaw.com | Facsimile: (202) 514-6770 |
| | E-mail: martin.m.shoemaker@usdoj.gov |
| Attorney for Plaintiff | Attorney for the United States |